IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MYRNA GOMEZ-NEGRON,
Plaintiff

v.                                                          CIVIL NO. 05-1210(DRD)

LEXUS DE SAN JUAN, et al.,
Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed: 01/17/2006**<br>**Docket #15**<br>[X] **Plaintiff**<br>[ ] **Defendant**<br>**Title:** Notice of Partial Voluntary Dismissal | **GRANTED.** Plaintiff has appeared requesting the voluntary dismissal against co-defendants United Auto Group and Triangle Dealers ("VPH Motor Corporation). Plaintiffs dismissal is grounded in the admission made by counsel for defendants establishing that HVPH Motor Corporation d/b/a Lexus de San Juan is plaintiff's former employer and proper party defendant. The Court notes that neither United Auto Group nor Triangle Dealers have submitted an Answer to the Complaint hence pursuant to Rule 41(a)(1)(I), Fed.R.Civ.P., 28 U.S.C., dismissal is appropriate.<br><br>Therefore, the Court hereby **DISMISSES** plaintiff's claims against co-defendants United Auto Group and Triangle Dealers ("VPH Motor Corporation) **WITHOUT PREJUDICE**. **Partial Judgment** shall be issued accordingly. Plaintiff's claims shall proceed against remaining co-defendant HVPH Motor Corporation d/b/a Lexus de San Juan. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 5th day of May 2006.

                                                           **S/DANIEL R. DOMINGUEZ**
                                                           **DANIEL R. DOMINGUEZ**
                                                            **U.S. DISTRICT JUDGE**